*#1016 *127840
FILED
2009 AUG 27 PM 2:45
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

STEVEN W. FREED
TONI S. FREED

\*     CASE NO. 08-33068-W
\*
\*     JUDGE MARY ANN WHIPPLE
\*
\*     William L. Swope, Esq.
\*     221 S. Main Street
\*     Findlay, OH 45840
\*     (419) 422-0288
\*
\*     Sup. Ct. #0029538
\*

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| LIMA EMERGENCY PHYS., INC.<br>P.O. BOX 291805<br>Dayton, OH 45429-0805 | $ 4.50 |
|  | $ 4.50 |

A check for $4.50 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: August 24, 2009

William L. Swope
Trustee